EXHIBIT C

| US8203541 | OnePlus 9 Pro ("The accused product") |
|---|---|
| 1. A display device for sensing the proximity of a touch, comprising: | The accused product comprises a display device for sensing the proximity of a touch.<br><br>https://www.oneplus.com/9-pro/specs?_ga=2.75135643.80513312.1641875838-207069975.1637918088 |



**Display**

**Parameters**

Size: 6.7 inches (Measured diagonally from corner to corner.)
Resolution: 3216 X 1440 pixels 525 ppi
Aspect Ratio: 20.1:9
Type: 120 Hz Fluid AMOLED with LTPO
Support sRGB, Display P3, 10-bit Color Depth
Cover Glass: Corning® Gorilla® Glass

https://www.oneplus.com/9-pro/specs?_ga=2.75135643.80513312.1641875838-207069975.1637918088

**Features**

Hyper Touch
Reading Mode
Night Mode
Vibrant Color Effect Pro
Motion Graphics Smoothing
Ultra-high Video Resolution
Adaptive Display

https://www.oneplus.com/9-pro/specs?_ga=2.75135643.80513312.1641875838-207069975.1637918088

| | |
|---|---|
| | **OnePlus 9** | OnePlus 9 Pro<br><br>**Sensors**<br>In-display Fingerprint Sensor<br>Accelerometer<br>Electronic Compass<br>Gyroscope<br>Ambient Light Sensor<br>Proximity Sensor<br>Sensor Core<br>Flick-detect Sensor<br>Front RGB sensor<br>Barometer<br><br>https://www.oneplus.com/9-pro/specs?_ga=2.75135643.80513312.1641875838-207069975.1637918088 |
| an organic light emitting diode (OLED) display comprising OLED materials forming a plurality of nodes configured to emit light when drive circuitry provides a signal across the plurality of nodes at or above an | The accused product comprises an organic light emitting diode (OLED) display comprising OLED materials forming a plurality of nodes configured to emit light when drive circuitry provides a signal across the plurality of nodes at or above an illumination threshold. |

| | |
|---|---|
| illumination threshold; and |  https://www.oneplus.com/9-pro/specs?_ga=2.75135643.80513312.1641875838-207069975.1637918088<br><br>https://www.oled-info.com/oled-introduction |

**OLED technology requires a current control driving method**

The OLED has electrical characteristics very similar to a standard light emitting diode (LED) where brightness depends on the LED current. To turn the OLED on and off and to control the OLED current a control circuit, thin film transistors (TFTs) are being used.

**Backplane technology enables flexible displays**

High-resolution color active matrix organic light emitting diode (AMOLED) displays require an active matrix backplane using an active switch to turn each pixel on and off. The liquid crystal (LC) display amorphous

https://www.eeworldonline.com/blog/2009/10/oled-display-technology-and-capabilities

## How do OLEDs work?

The main component in an OLED display is the OLED emitter - an organic (carbon-based) material that emits light when electricity is applied. The basic structure of an OLED is an emissive layer sandwiched between a cathode (which injects electrons) and an anode (which removes electrons).



**OLED device structure**

https://www.oled-info.com/oled-technology

| | |
|---|---|
| | **LTPO backplane technology - introduction and news**<br><br>Article last updated on: Dec 27, 2021<br><br>Low-Temperature Polycrystalline Oxide, or LTPO, is an OLED display backplane technology developed by Apple. LTPO combines both LTPS TFTs and Oxide TFTs (IGZO, Indium Gallium Zinc Oxide). LTPO is applicable for both OLED and LCD displays, actually, but this backplane technology is likely to be used exclusively in high-end OLED displays<br><br>https://www.oled-info.com/ltpo |
| measurement circuitry disposed proximate to the plurality of nodes, wherein the measurement circuitry is configured to sense the light reflected off of an object positioned over the OLED display and passed through the OLED materials, and wherein the measurement circuitry is further configured to provide a measurement signal responsive | The accused product comprises a measurement circuitry disposed proximate to the plurality of nodes, wherein the measurement circuitry is configured to sense the light reflected off of an object (e.g., fingerprint of the user) positioned over the OLED display and passed through the OLED materials, and wherein the measurement circuitry is further configured to provide a measurement signal responsive to the sensed reflected light.<br><br>**1+ ONEPLUS**   Store   Phone   Audio & Wearables   Service   Community<br><br>**Display**   **Parameters**<br>Size: 6.7 inches (Measured diagonally from corner to corner.)<br>Resolution: 3216 X 1440 pixels 525 ppi<br>Aspect Ratio: 20.1:9<br>Type: 120 Hz Fluid AMOLED with LTPO<br>Support sRGB, Display P3, 10-bit Color Depth<br>Cover Glass: Corning® Gorilla® Glass<br><br>https://www.oneplus.com/9-pro/specs?_ga=2.75135643.80513312.1641875838-207069975.1637918088 |

| | |
|---|---|
| to the sensed reflected light. | **OnePlus 9** \| OnePlus 9 Pro<br><br>**Sensors**<br>In-display Fingerprint Sensor<br>Accelerometer<br>Electronic Compass<br>Gyroscope<br>Ambient Light Sensor<br>Proximity Sensor<br>Sensor Core<br>Flick-detect Sensor<br>Front RGB sensor<br>Barometer<br><br>https://www.oneplus.com/9-pro/specs?_ga=2.75135643.80513312.1641875838-207069975.1637918088<br><br>**ONEPLUS 9 PRO PERFORMANCE AND OXYGENOS 11**<br><br>Even though the camera is often the main differentiator for an Android phone, it's not necessarily everybody's highest priority. When I'm not pixel-peeping photos, the OnePlus 9 Pro is the best Android phone I've used so far this year. The performance is great. I'm especially impressed with the optical in-screen fingerprint sensor, which is super fast and doesn't seem to be thrown by weird lighting conditions.<br><br>https://www.theverge.com/22344840/oneplus-9-pro-review-price-camera-screen-specs |

## A word on in-display scanners

Ultrasonic fingerprint scanners aren't the only option if you want to hide the sensor in the display. Optical-capacitive fingerprint scanners are being used for this purpose too. The industry is currently split between these two. However, you'll seldom find ultrasonic scanners at the more affordable end of the market.

Optical-capacitive scanners address some previous security issues with optical designs. They combine the "real touch" requirements of capacitive scanners with the speed and energy efficiency of optical designs. This technology is <u>embedded by inserting a sensor under the display. It detects light reflected by a fingerprint back through the gaps in the OLED display.</u> This requires some work to integrate with the display, but it works quite well.

https://www.androidauthority.com/how-fingerprint-scanners-work-670934/



https://www.nature.com/articles/s41378-020-00203-4

As soon as you place your finger on the sensor, an array of light-emitting diodes (LEDs) light up to illuminate the ridges and gaps and a CCD camera quickly captures an image of the same. The CCD system generates an inverted image of the finger, with darker areas representing more reflected light (the ridges of the finger) and lighter areas representing less reflected light (the valleys between the ridges). The image captured is then compared with the stored image.

The optical sensors are easy to fool as the technology used captures a 2D image and a good quality image can possibly breakthrough this security. It is worth noting that the technology works only with OLED displays, where there are gaps in the backplane. Initially, in-display fingerprint sensors weren't as reliable and fast as they are now. But things have changed in favour of these sensors in recent times.

https://www.digitaltrends.com/mobile/synaptics-under-glass-clear-id-fingerprint-sensor/

A scanning region is usually located beneath a certain section of the screen. When you place your finger over the scanner, a camera or other sensor captures a picture of your finger's pattern. It then compares it to your phone's biometric data. If it is a match, your phone will unlock it immediately.

https://technozive.com/who-made-it-first-amoled-screen-notched-display-under-display-fingerprint-sensor/