IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIBRANT LICENSING LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ONEPLUS USA CORP.,<br><br>  Defendants. | CIVIL ACTION<br><br>NO. 1:22-cv-830<br><br>**Jury Trial Demanded** |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Vibrant Licensing LLC ("Plaintiff") states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

This 31st day of January, 2022.

/s/ *Cortney S. Alexander*
Cortney S. Alexander
(pro hac vice application to be submitted)
  cortneyalexander@kentrisley.com
  Tel: (404) 855-3867
  Fax: (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiff